```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

M.C., a Minor, and
CRYSTAL KIRK, as Parent and
Guardian of M.C., and Crystal
Kirk in her own right                              PLAINTIFFS

        v.               Civil No. 08-5035

ELKINS SCHOOL DISTRICT, et al.                     DEFENDANTS

### O R D E R

Pursuant to the privacy policies set out in the Court's CM/ECF Administrative Policies and Procedures Manual, the United States District Court Clerk is hereby directed to amend the caption of this case to redact the minor's name to initials, as set out above. Further, the Clerk is directed to break the electronic link to the complaint filed on February 20, 2008, and file the complaint under seal.

Plaintiffs' counsel is directed to conventionally file, within 5 days of the date of this order, a substituted complaint redacting the minor's name to initials and redacting the minor's date of birth to the year. The Clerk is directed to file the substituted complaint nunc pro tunc as of February 20, 2008.

All future pleadings in this case should refer to the minor by initials only.

**IT IS SO ORDERED** this 22nd day of February, 2008.

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**